# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-95-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| BERNADINE JOSEPH LONE ELK, JR., | |
| Defendants. | |

Upon the United States' Unopposed Motion to Dismiss Forfeiture Allegation Contained in Indictment (Doc. 27), and for good cause being shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is **DISMISSED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 29th day of April, 2021.

SUSAN P. WATTERS
United States District Court Judge

1